STATE v. MRS. FANNIE McLAWHORN.

(Filed 8 November, 1939.)

APPEAL by defendant from *Stevens, J.,* at June Term, 1939, of WAKE. No error.

Criminal action tried on warrant charging the defendant with the unlawful possession of intoxicating liquor for the purpose of sale, and the unlawful sale thereof.

There was a verdict of guilty of unlawful possession of nontax-paid liquor. From judgment thereon the defendant appealed.

*Attorney-General McMullan and Assistant Attorney-General Bruton for the State, appellee.*
*Little & Wilson for defendant, appellant.*

PER CURIAM. There is no exceptive assignment. of error in the record which challenges either the sufficiency of the evidence or the correctness of the court's instruction to the jury on the count charging the defendant with the unlawful possession of liquor, upon which she was convicted. As the defendant was acquitted of the unlawful sale of intoxicating liquor, any error in the trial in respect to that count is immaterial.

No error.